PROB 18
(REV. 8/2/2010)

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Western   Division

U.S.A. vs. Domoinique Monique Henderson

5:20-CR-27-1BO

TO: ¹U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:
Domoinique Monique Henderson

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| The Honorable Terrence W. Boyle | 9/24/2020 |

TO BE BROUGHT BEFORE:
Honorable Terrence W. Boyle, US District Judge

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | Linda Downi[ng] | 10/4/2024 |

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 10-4-2024 | 11-7-2024 |

EXECUTING AGENCY (NAME AND ADDRESS)
United States Marshal Service   701 E Broad St. Richmond, VA 23219

| NAME | BY | DATE |
|---|---|---|
| | Deputy M.V. Nedd | 11-7-2024 |

¹Insert designation of officer to whom the warrant is issued. e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".